UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Latonya Christion–Hunt

                Plaintiff,

v.                                             Case No.: 1:21–cv–05391

                                                      Honorable Gabriel A. Fuentes

Juan Jose Ayala, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes: On defendants' motion to enforce settlement (doc. #[59]), the motion is entered and continued for the reasons stated in the accompanying order. Enter Order. As set forth in the Order, an evidentiary hearing is set for 9 a.m. on 12/6/23 in Courtroom 1838 of the Dirksen U.S. Courthouse, with a joint written status report due by noon on 11/30/23. Plaintiffs and applicable Plaintiffs' counsel are ordered to testify under oath, and Plaintiffs' counsel are ordered to bring with them the documents referenced in Paragraph 10 of Plaintiffs' response to the motion to enforce, so that the Court may consider their discoverability under the circumstances presented in the motion to enforce, as discussed further in the Order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.