## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Latonya Christion–Hunt
                            Plaintiff,

v.                                             Case No.: 1:21–cv–05391
                                                                Honorable Gabriel A. Fuentes

Juan Jose Ayala, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 6, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Evidentiary hearing held on defendant's motion to enforce settlement (doc. #[59]). Official Court Reporter Patrick Mullen present. Plaintiff Latonya Christion–Hunt appears in court. Plaintiff's counsel makes an oral motion to withdraw as counsel for Christion–Hunt. Without objection, that motion is granted. Plaintiffs Kimbrough and Gonzalez did not appear as ordered, and the Court received Court Exhibit 1 in evidence as proof that they were served with the Court's orders compelling their appearance at today's evidentiary hearing and warning them that non–appearance could result in dismissal of their claims for want of prosecution (doc. #s [73], [75]). This matter is dismissed without prejudice as to Kimbrough and Gonzalez, with the dismissal converting on 1/8/24 automatically absent any action by those two plaintiffs to reinstate. No finding of contempt of court is made. Plaintiff Christion–Hunt proceeds pro se. Testimony was taken from attorney Samuel Engelson and plaintiff Christion–Hunt, and Court Exhibits 2, 3 and 4 were received in evidence. The Court heard argument and ruled that based on the testimonial and documentary evidence of record at the evidentiary hearing, and for the reasons stated on the record, the defense motion to enforce settlement (doc. #[59]) is granted as to Christion–Hunt. The entry of judgment is held in abeyance pending a joint status report to be filed by noon on 1/4/24 regarding whether Christion–Hunt has signed her settlement agreement (Court Exhibit 4) in the wake of the Court's having found that agreement to be enforceable. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.